| AO 10 Rev. 1/2008 | | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

| 1. Person Reporting (last name, first, middle initial)<br><br>Whittemore, James D | 2. Court or Organization<br><br>USDC - MDFL - Tampa | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>801 N. Florida Ave.<br>Suite 13B<br>Tampa, Florida 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | State of Florida Retirement (vested as of 2/1/98); no control |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 16 A 10: 57 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | ██████████ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Natl. Center for Missing and Exploited Children | 3/10/07 | Alexandria, VA. | Jud. Liasion Council Mtg | Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Gregory Presnell | Guest in rental home in Bahamas (July 2007) | $ 1,700.00 |
| 2. | P.S.M. Holding, Inc. | Airtravel, one way- Bahamas to Fla. (July 2007)- (see note in Part VIII in re: value) | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Equitable Life | Loan against cash value of life insurance policy | K |
| 2. | American Express | Credit Card | J |
| 3. | American Express (Optima) | Credit Card | K |
| 4. | Chase | Credit Card | K |
| 5. | Chase | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amgen, Inc. Common Stock (IRA) | | None | K | T | | | | | |
| 2. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 3. Cisco Systems, Inc. Common Stock (IRA) | | None | J | T | | | | | |
| 4. Time Warner, Inc. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 5. Bank Sweep Deposit (Mny Mkt)(Wachovia Sec.) | A | Interest | J | T | | | | | |
| 6. Nektar Therapeutics Common Stock (IRA) | | None | J | T | | | | | |
| 7. Microsoft Corp. Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 8. Intel Corp Common Stock (IRA) | A | Dividend | J | T | | | | | |
| 9. AmerisourceBergen (Common Stock) | A | Dividend | J | T | | | | | |
| 10. Bank Sweep Deposit (Mny Mkt)(Wachovia Sec.) | A | Interest | J | T | | | | | |
| 11. CIGNA Corporation 401K | D | Dividend | M | T | | | | | |
| 12. CIGNA Corporation Pension Plan | C | Interest | L | T | | | | | |
| 13. Trust # 1 | E | | M | T | | | | | |
| 14. --Dreyfus Cash Mgmt (formerly Valiant Fnd Mny Mkt.) | | | | | | | | | |
| 15. --Condo #1 (Hillsborough County, Florida) | | | | | | | | | |
| 16. --Condo #2 (Hillsborough County, Florida) | | | | | | | | | |
| 17. --Ishares GS Investop Corp. Bond Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whittemore, James D | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --Ishares DJ Select Div Index Fund | | | | | | | | | |
| 19.  --Ishares Lehman Treas Inf PR S Fund | | | | | Partial Sale | 4/25 | J | | |
| 20. | | | | | Sold | 8/16 | J | | |
| 21.  --Ishares Lehman Inter. Gov. Credit Bond Fund | | | | | Buy | 8/16 | J | | |
| 22.  ████████ 401K | B | Int./Div. | K | T | | | | | |
| 23.  Wachovia Bank Accts. | A | Interest | J | T | | | | | |
| 24.  Bay Gulf Credit Union Accts. | A | Interest | J | T | | | | | |
| 25.  Trust #2 | E | | O | T | | | | | |
| 26.  --Wachovia Bank Acct. | | | | | | | | | |
| 27.  --Rental Property #1 (Bay County, Florida) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1.   Part VII - Investments and Trusts - Line 14; the asset "Valiant Fund Money Mkt (Sabal Trust)" was closed in 2007 and transferred/absorbed by Dreyfus Cash Management Accts.

2.   Part V - Gifts - P.S.M Holding, Inc. provided one way air travel from the Bahamas to Florida due to injury sustained in Bahamas. The exact value is unknown but a comparable commercial airline ticket around the same date ranged from @$250-500.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544